# STATEMENT OF 341(A) LOCATION

November 18, 2010

VINCENT EUGENE FREEMAN
TRACY LYNN FREEMAN
28320 AGAVE WAY
MURRIETA, CA  92563

Re: VINCENT EUGENE FREEMAN and TRACY LYNN FREEMAN
   Chapter 13 Case No.: 6:10-bk-45211-MJ
   341(a) Meeting of Creditors: 12/06/2010  8:00 AM
   **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

   NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Riverside Convention Center
3443 Orange Street
Citrus Herigate Room, 2nd Floor
Riverside, CA 92501**

   The date and time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

   Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
Rod Danielson, Chapter 13 Trustee

| In re:   VINCENT EUGENE FREEMAN and TRACY LYNN FREEMAN | **Chapter: 13** |
|---|---|
| | Case Number: 6:10-bk-45211-MJ |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 11/18/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/18/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

In re:    VINCENT EUGENE FREEMAN and TRACY LYNN FREEMAN          **Chapter: 13**

Debtors                                                           Case Number: 6:10-bk-45211-MJ

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

| | | |
|---|---|---|
| VINCENT EUGENE FREEMAN<br>TRACY LYNN FREEMAN<br>28320 AGAVE WAY<br>MURRIETA, CA 92563 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS, CA 92653 | ALLY FINANCIAL<br>P O BOX 380901<br>BLOOMINGTON, MN 55438 |
| ALLY FINANCIAL INC. F/K/A<br>GMAC INC.<br>P O BOX 130424<br>ROSEVILLE, MN 55113 | BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON, DE 19850 | CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY, OK 73154 |
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | DEPARTMENT STORES<br>NATIONAL BANK/MACY'S<br>BANKRUPTCY PROCESSING<br>PO BOX 8053<br>MASON, OH 45040 | DEPARTMENT STORES<br>NATIONAL BANK/VISA<br>BANKRUPTCY PROCESSING<br>PO BOX 8053<br>MASON, OH 45040 |
| Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | DISCOVER FIN<br>ATTENTION: BANKRUPTCY<br>DEPARTMENT<br>PO BOX 6103<br>CAROL STREAM, IL 60197 | Goodyearcbsd<br>Po Box 6497<br>Sioux Falls, SD 57117 |
| Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | Hsbc Best Buy<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197 | KEYBANK<br>C/O WELTMAN, WEINBERG &<br>REIS<br>323 W. LAKESIDE AVE., 2ND FL<br>CLEVELAND, OH 44113 |
| KEYBANK NA<br>ATTENTION: RISK OPERATIONS<br>4910 TIEDEMAN ROAD<br>BROOKLYN, OH 44144 | KOHLS<br>ATTN: RECOVERY DEPT<br>PO BOX 3120<br>MILWAUKEE, WI 53201 | MACYS/FDSB<br>ATTN: BANKRUPTCY<br>PO BOX 8053<br>MASON, OH 45040 |
| VISDSNB<br>ATTN: BANKRUPTCY<br>PO BOX 8053<br>MASON, OH 45040 | WELLS FARGO<br>PO BOX 60510<br>LOS ANGELES, CA 90060 | Wells Fargo Bank<br>P.O. Box 5445<br>Portland, OR 97228 |
| Wells Fargo Bank N A<br>P O Box 31557<br>Billings, MT 59107 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306 | Wells Fargo Hm Mortgag<br>PO Box 10335<br>Des Moines, IA 50306 |
| WELLS FARGO HM MORTGAGE<br>PO BOX 10335<br>DES MOINES, IA 50306 | Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills, CA 92653 | TRACY LYNN FREEMAN<br>28320 AGAVE WAY<br>MURRIETA, CA 92563 |