FILED & ENTERED

DEC 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser     DEPUTY CLERK

Gregory J. Doan Bar# 165174
Doan Law Offices, LLP
635 Camino De Los Mares, Suite 100
San Clemente, CA 92673
Tel: (949) 472-0600
Fax: (949) 472-5441
anthony@doanlawfirm.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| In re: | ) Case No. 6:10-bk-45211-MJ |
| | ) |
| | ) ORDER STRIPPING THIRD LIEN OF |
| Vincent Eugene Freeman | ) WELLS FARGO BANK, N.A. ON REAL |
| | ) PROPERTY |
| and | ) |
| | ) |
| | ) Date: 12/6/10 |
| Tracy Lynn Freeman, | ) Time: 1:30 p.m. |
| | ) Court: 304 |
| Debtors. | ) |
| | ) 3420 Twelfth Street |
| | ) Riverside, CA |
| | ) |

On December 6th, 2010 at 1:30 p.m., the motion of the debtors, Vincent Eugene Freeman and Tracy Lynn Freeman, for an Order stripping the third lien of Wells Fargo Bank, N.A. on the debtors' personal residence at 28320 Agave Way, Murrieta, California 92563 came on regularly for hearing. Judge Jury's preliminary ruling required that no appearance by the debtors' attorney of record was necessary. Appearances were as stated on the record. There was no appearance by any other party, nor was any opposition to the debtors' motion filed with the Court.

**Order Stripping Third Lien of Wells Fargo Bank, N.A.**

1

2        The Wells Fargo Bank, N.A. third lien and claim are

3   described as follows: Promissory Note, dated 11/15/2005, in the

4   original principal amount of $57,000.00; and Deed of Trust

5   recorded on 12/13/2005, as Document # 2005-1028171, in the

6   Office of the Recorder of the County of Riverside, CA.

7        Based upon findings of fact and conclusions of law stated

8   orally and recorded in open court pursuant to Fed. R. Civ. P.

9   52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made

10  applicable to contested matters by Fed. R. Bankr. P. 9014(c), it

11  is:

12       ORDERED that the third lien and claim of Wells Fargo Bank,

13  N.A., as described above, are determined to be completely

14  unsecured in this Chapter 13 case; and it is further,

15       ORDERED that upon completion of all plan payments and entry

16  of a discharge in this case pursuant to 11 U.S.C. §1328, the

17  third lien will be void and not constitute an encumbrance on the

18  following described property:

19       28320 Agave Way, Murrieta, California 92563.    This
         property is more particularly described as follows:
20       Lot 24, of tract 28533-5, in the City of Murrieta,
         County of Riverside, State of California, as per maps
21       in the office of the Recorder of the County of
         Riverside, CA.
22
    And it is further,
23
         ORDERED that the third lien and any corresponding proof of
24
    claim shall be treated as a general unsecured creditor receiving
25
    nothing under the chapter 13 plan; and it is further,
26

                    **Order Stripping Third Lien of Wells Fargo Bank, N.A.**

ORDERED that upon completion of all plan payments and entry of a Chapter 13 discharge in this case, Wells Fargo, N.A. and its successors and assigns are requested to reconvey the Deed of Trust and otherwise take such steps as are required to clear title, free of said third lien, as to the above described property; and it is further,

ORDERED that should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. §1328, the third lien shall remain valid.

####

DATED: December 14, 2010

United States Bankruptcy Judge

**Order Stripping Third Lien of Wells Fargo Bank, N.A.**

<table>
<tr><td>In re:<br>Vincent Eugene Freeman and Tracy Lynn Freeman,<br><br>                                       Debtor(s).</td><td>CHAPTER: 13<br><br>CASE NUMBER: 6:10-bk-45211-MJ</td></tr>
</table>

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) <u>   ORDER STRIPPING THIRD LIEN</u>
<u>OF WELLS FARGO BANK, N.A. ON REAL PROPERTY</u>
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>     12/09/2010            </u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

 

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

 

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

 

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

| In re:<br>Vincent Eugene Freeman and Tracy Lynn Freeman,<br><br>                                                         Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:10-bk-45211-MJ |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

| **Served Electronically**<br><br>Rod Danielson<br>Ch 13 Trustee<br>Notice-efile@rodan13.com<br><br>Peter C. Anderson<br>United States Trustee (RS)<br>ustpregion16.rs.ecf@usdoj.gov | **Served by U.S. Mail**<br><br>**(As per Proof of Claim (3rd TD)**<br>Wells Fargo Bank, N.A.<br>Home Equity Group<br>X2303-01A - 1 Home Campus<br>Des Moines, IA 50328-0001 |
|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                      **F 9021-1.1**